# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM



TO:   George Dombrosky   SBI#: 209557

FROM: Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE: March 2, 2005

---

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 12.21 |
| Oct | 0 |
| Nov | 14.50 |
| Dec | 23.08 |
| Jan | 32.38 |
| Feb | 2.55 |

Average daily balances/6 months: 14.32

Attachments
CC: File

Stacy Shane
3/2/05

3/2/05
Notary Public