(Rev. 4/97)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

05 - 143

GEORGE JOHN DOMBROSKY
(Enter above the full name of the plaintiff in this action)

V.

THOMAS CARROLL ET. All, (WARDEN)

CLYDE SAGERS, (CAPTIAN)

LISE M. MERSON, (I.G.C.)
(Enter above the full name of the defendant(s) in this action

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]     NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit (NONE)

      Plaintiffs _____

      _____

      Defendants _____

      _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

*Answer continued next PAGE.*

1. What steps did you take? I Filed Inmate Grievance Forms, I contact The Wardens office, And Captian Sagers.

2. What was the result? (DENIED) Protection of Custody Is Not A privilege. Complant & Result Inclused For your review, Inmate—Grievance Forms, And reply.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? I Filed And or wrote many Letters To Wardens office & Captian Sagers office.

2. What was the result? (No REPLY) They don't care How P.C. Inmates Are Being Treated. (They) The Defendants Are fully Aware How P.C. Inmates Are being Miss Treated And will continue To do so As long As They Are Able To Get Away with it.

-2-

CONTINUED ANSWER TO QUESTION No. H 6 PAGE 3 OF 5. Out come of Inmate-Grievance Hearing on ACTION TAKEN BY PLAINTIFF.

THE Inmate-Grievance Chairperson conduct and preside over the Hearing on LOST privilege's was, Lise M. Merson chairperson. And she handle the matter very UnProfessional And didn't even concern her self with the Details of The complaint that was filed by Plaintiff instead turned the Hearing into an LECTURE, on How The Grievance system works by This All she did was yell, Shout, Act Belligerent, very rude, Towards The Plaintiff. And Never Allowed The other Board members to Talk on This issue, There Are Also (2) Inmates on the Grievance - Committee And were Also at This Hearing (BUT) were Unable to Talk. when one of the Inmates Tryed to Talk or say something The chairperson would Tell Him to SHUT-UP! The 2nd, Time The Inmate Tryed to Talk Again the chairperson Told That Person to watch what you say IF you Know whats Good for you... And Thus The Inmate Never said A word Nor did He Get to speak His mind on This issue And Being on the Grievance Committee As A Represented, For other Inmates And was Not Allowed to Talk during the Hearing This will show the Court How Unprofessional And Corrupt The Grievance System Truely IS. Also main witnesses such As Captian Sagers (Defendant) was Not at The Hearing Nor Any other witnesses Allowed such As other P.C. Inmates. This Honorable court should Also Allow an Investigation of the Grievance system Here At The Delaware corr center. For it is clearly Corrupt And can CARELESS About Inmates.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff George J. Dembrosky SBI 209557 SHU-18-B-U-10,PC

Address Delaware Corr. Center 1181 Paddock Rd. Smyrna, DE. 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant THOMAS CARROLL is employed as THE WARDEN at DELAWARE CORR. CENTER

C. Additional Defendants CLYDE SAGERS, is the Captian of SHU-18-Unit - P.C. - Unit, LISE M. MERSON is the Inmate-Grievances Chairperson and Handles all complants. All above Defendants work at the Delaware Corr. Center. 1181 Paddock Rd. Smyrna, DE. 19977

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

All 3, Defendants play a major roll in how P.C. Inmates are being housed. And all 3, Defendants are fully aware on how P.C. Inmates are being treated. Attached is the plaintiff report in full detail so this Honorable court will fully understand whats going on here. TEN (10) pages of complant attached for your review. Also you may contact any Inmate thats on P.C. and they too will tell you the crule treatment we receive daily. As for being mocked, picked on, ridiculed by many staff members. (and lots of privileges)

-3-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To Be Able To Have our PRivileges BACK 2. TV. And Educational Programming And Religious Service To Be Aired on TV. As It once was 3. To Allow us To spend $35.00 Dollars A week on Commissary 4. Give BACK our Hand Balls And Allow us (4) days yard And shower Time As A-Tier Gets, 5. And Too Benefit From TV. Antenna That was Placed on The roof To Allow A-Tier more TV. stations So They Can enjoy more programs.

Signed this 8Th day of MARCH, 2005

_George J. Dambly_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/8/05                          _George J. Dambly_
Date                            (Signature of Plaintiff)

-4-

GEORGE J. DOMBROSKY
                PLAINTIFF,
        VS.
THOMAS   CARROLL ET.All,
                (Warden)
CLYDE SAGERS (CAPTIAN)
LISE M. MERSON (I.G.C.)
    DEFENDANTS

SUBJECT: CRULE & UNUSUAL PUNISHMENT INFLICTED UPON INMATE, AND LOSS OF MANY PRIVILEGES.

---

PRISONER COMPLANT CIVIL ACTION 1983, FORM CONTINUED. NO COMES THEE ABOVE PLAINTIFF PRO-SE IN THE ABOVE ACTION AGAINST THE DELAWARE CORRECTIONAL CENTER. THE ABOVE DEFENDANTS All PLAY THERE ROll AND OR PART IN CAUSING UNFAIR TREATMENT OF PROTECTION CUSTODY INMATE'S, AND BY doing so IS PLACING CRULE AND UNUSUAL PUNISHMENT UPON AN INMATE BY TAKING OUR PRIVILEGES AWAY. JUST BECAUSE ONE IS ON PROTECTION OF CUSTODY, THE ABOVE DEFENDANTS HAVE design AN UNWRITTEN ARRANGEMENT "ITS PURPOSE" IS TOO KEEP P.C. INMATES UNCOMFORTABLE AND THEY" SIGN OFF. ITS All PART OF A SCHEME TO KEEP CELLS OPEN AND OR EMPTY ON THE P.C. TIER. (BUT) THEY All FAIL TO NOTICE OR ACKNOWLEDGE THAT THERE ARE P.C. INMATES THAT CAN'T SIGN — OFF, FOR FEAR OF THERE OWN SAFETY. AND REGUARDLESS OF HOW BAD THE ABOVE DEFENDANTS MAKE THE LIVING CONDICTION ON THE P.C. UNIT, MANY INMATES CAN NOT SIGN OFF. THEY HAVE TAKEN AWAY MANY PRIVILEGES FROM THE P.C. HOUSING UNIT THERE MADE-UP EXCUSE, THEY ARE NOW CLAIMMING THAT HIGH SECURITY INMATES CAN NOT HAVE CERTAIN — PRIVILEGES (BUT) THIS IS NOT ONLY A LIE,

PAGE 1 #

But a scheme to try to cover up there fake and or made up rule to prevent the P.C. Unit from obtaining /or/ giving there privileges back. There is a FLAW in there High Security scheme because within the same Housing Unit right across the Hall is A-Tier they too are in a High Security unit and are Allowed to have the following privileges,

1. Educational Television (Free of charge.)
2. Maintenance put up a TV. Anntenna so A-Tier can view more channels and thus Allowing for more TV. shows other then educational programs.
3. They are also allowed to have 4 days yard time each week and can have Hand-Balls while on yard time.
4. Are able too spend $35.00 Dollars a-week on commissary RE: store stuff.
5. The prison runs movies through a V.C.R. and A-Tier is treated once a week too view Home movies that the prison prvides through there Television, system.

The P.C. Unit Use too get some of these privileges such as: TV., Hand-Balls, $35.00 Dollars a week store stuff, and educational Television programs But no movies nor did we ever get too benifit from the new TV. Anntenna put on the roof that was done for A-Tier Inmates only. A-Tier is in the same Housing unit SHU-18-Unit the same Housing unit the prison officials are claiming is consider High-Security unit. Well then A-Tier should also lose there privileges as they (prison officials) have

PAGE 2 #

TAKEN AWAY OUR PRIVILEGES FROM THE P.C. UNIT. THIS IS NOT ONLY UNFAIR TO ALLOW OTHER INMATES TO HAVE ALL THESE PRIVILEGES WHILE OTHER INMATES SUFFER HARSH LIVING CONDITION AND DOING WITHOUT MANY PRIVILEGES. I'M NOT ONLY CLAIMING UFAIRNESS HERE (BUT) ALSO I FEEL I AM BEING DISCRIMINATED AGAINST AND PUSHED AROUND BECAUSE I'M A P.C. INMATE. THERE IS NO REASON P.C. INMATES HAVE TO BE HOUSED IN THIS MANNER, ITS NOT ONLY HARSH (BUT) CRULE & UNUSUAL PUNISHMENT INFLICTED UPON ALL US INMATES WHO MUST DO OUR TIME ON P.C. ALSO NOT LONG AGO WE HAD SOME PRIVILEGES JUST THIS PAST 1½ YEARS THE PRIVILEGES WE HAD WERE TAKEN AWAY THIS WAS DONE AND NO COMPLANTS REACHED ANY FROM OF HELP. WE FILED MANY INMATE-GRIEVANCES BUT GOT NO HELP. THE 1ST THING TOO GO WAS THE AMOUNT WE COULD SPEND ON STORE WE USE TO BE ABLE TO SPEND $35.00 DOLLARS A-WEEK WE GOT DROPED DOWN TO JUST $15.00 DOLLARS A-WEEK. (INMATES) WHO ARE ON PUNISHMENT TEIRS AND IN HIGH SECURITY UNITS GET TO SPEND $20.00 DOLLARS A-WEEK THATS STILL MORE THEN THE P.C. UNIT AND WE ARE ON P.C. FOR PROTECTION, NOT PUNISHMENT. THE 2ND THING TO GO WAS THE TELEVISION, THIS WAS AND STILL IS THE ONLY FORM OF EDUCATIONAL PROGRAMS THAT IS ALLOWED IN THESE HOUSING UNITS SO NOW NOT ONLY DID WE LOSE OUR ENTERTAINMENT (BUT) OUR PROGRAMS, THE P.C. TIER HAS 3 TELEVISIONS LEFT ON THE P.C. TIER ONCE THESE INMATES GET MOVED OR TRANSFER-OUT THERE WILL BE NO MORE TELEVISIONS! AND TAKING AWAY OUR ONLY OPPORTUNITY TO VIEW PROGRAMS THEY USE TOO RUN ON TV. SUCH AS SCHOOLING,

PAGE 3 #