ANGER-MANAGEMENT & TREATMENT PROGRAMS PLUS THEY use TO show other HELPFUL PROGRAMS DRUGS -N- ALCOHOL ABUSE, And MANY other EDUCATIONAL PROGRAMS Now with THE LOSS of T.V. privilege. THERE IS NO more PROGRAMS PLUS, THEY HAVE TAKEN AWAY CHRISTIAN programing THAT THE PRISON CHAPLE provides For us inmates weekly. I JUST TALKED with Brother William From THE Prison CHAPLE And In His Hand WAS (Video's) TAPES so we CAN WATCH Them But I Had To Inform Him MOST OF P.C. Inmates NO Longer HAVE A Television And Therefore won't Be Able Too enjoy our weekly Religious Service. Then The NEXT Thing To Go WAS Hand-Balls THAT WAS A Form of EXERCISE when one Is on ~~____~~ YARD Time So you see we P.C. INMATES suffer The Loss of many privileges while other Housing units Around us Get EVERYTHING. And This IS reason ENOUGH To File This COMPLANT In Hopes This HONORABLE COURT will STEP-IN And see Too I'T THAT P.C. Housing unit should RETAIN There LOST privileges AS I'T WAS In 2001, 2002, IF THE DELAWARE CORR. CENTER IS going TO STAND by THERE CLAIM, THAT BECAUSE we Are Housed within A High-security AREA Then I would Ask This COURT To see Too I'T THAT All INMATES Lose The same privileges BECAUSE you CAN'T GIVE TO Some And punish Other's THATS NOT FAIR AT All, so IF They continue To uP Hold This New Rule Then HAVE I'T So ordered THAT A-Tier INMATES Lose Their privileges BECAUSE They TOO Are Housed within The same High security unit. I feel we All should Be TREATED THE SAME And There should Be No more playing FAVORITISM, TO other

PAGE 4 #

inmate's, while others are unfairly treated and or punished. As for protection custody unit we are still seeking our privileges back I ask this Honorable Court to grant us P.C. inmates the following privileges.

1. To have our educational programs back as it once was that means have our televisions reissued too all P.C. inmates. And have our programs to run daily as it once was that includes schooling, and our religious service. And also allow the P.C. unit too benefit from the new TV. anntenna that was installed on the roof so the televisions can pick up more channels just as other inmates and or housing unit can enjoy, the benefit of more TV. channels.

2. To have our $35.00 dollars spending back as it once was, we were able to spend $35.00 dollars weekly on store stuff RE: commissary.

3. Also to allow us 4 days yard & shower time perweek as A-Tier gets. And to allow us to have our hand-balls back like other tiers get.

4. I and all of the other inmates ask that we can have thee above privileges back as it once was. And to put a stop too this unfair treatment of P.C. inmates we are not on any form of disciplinary action we are on P.C. (protection custody) this cruel and unusual punishment must end. And the only way to put a stop too this is have this Honorable Court order it. There is no other remedy available. I have filed many complaints and or letters as did other P.C. inmates but have only gotten denyed, and or rejections, or no answer

PAGE 5 #

at all. This petition and complaint is the only remedy left to try and get some form of relief from the unfair treatment that continues still today. As I said in my opening statements that each of the defendants all play a part and or roll in using there own powers or authority to withhold our privileges by forming a scheme and using high security too exuse there unfair treatment of the P.C. Unit. As for the wardens office Mr. Thomas Carroll, this person is fully aware of what is going on within the P.C. housing unit and will not stop any of it nor will he even acknowledge or answer our letters and complants. And by this shows he is not concerned for our well being on how we are being housed. And therefore has let this crule and unusual punishment to continue to be inflicted upon the P.C. Unit. Then there is Mr. Clyde Sagers, Captian of the SHU-18-P.C. Unit this person is also aware of our living condidtion he too is a big part of our lost privileges, and can care-less how we are being treated. I have talked with Mr. Sagers some time ago in-person and he has told me he put a stop to our privileges because he don't want 3 tiers full of P.C. inmates he claims we will get too comfortable and won't sign-off I do however see his reasoning for this. (But) He is not looking at the whole picture because no matter how bad it gets some P.C. inmates can not sign — off for there own safety. So those that are on P.C. who really have reason too remain on P.C. are punished by the loss of many privileges. There has to be some kind of

PAGE 6 #

Solution to this (but) taken and or keeping us from having our privileges is to harsh there must be some other way. Because punishment is for those who are on disciplinary action, not those who follow all the houseing rules and is trying to do there time in good standings. (This needs to end) Then there is the Inmate-Grievance chairperson Lise M. Merson, she too is well aware of our situation and issue's and has not been able to help us in any way. Our complants are rejected for some made-up reason to fulfill this housing units purpose to continue to keep P.C. inmates as uncomfortable as possible so we'll be forced to sign off. I have filed a number of Inmate-Grievance but to no avail, denyed, rejected, ungriveable, ext. There is no relief to be found within this prison and again is reason enough to get this honorable court to step-in and see too it that this unfair treatment comes to a stop. The courts will find a copy of grievance report and the out come of the plaintiff grievance that was filed with L.M. Merson. The plaintiff is only seeking our lost privileges and is asking this court to step-in and see too it that the P.C. unit at the Delaware Corr. Center can have there privileges back. And to over look the prison claim and or made-up excuse by using high security unit is not allowed certain privileges, this is only a scheme to prevent P.C. inmates any privileges when within the same housing unit other inmates are geting lots of extar privileges. (If you give one, you give all).

PAGE 7 #

privileges THAT IS. Also I would like FOR THIS HONORABLE COURT TO KNOW THAT THE UNFAIR TREATMENT OF P.C. INMATES IS GETTING worse, AS Time Goes BY. ITS AT The point were ITS GETTING down right mean by This THE P.C. UNIT IS NOT Even Allowed TOO HAVE The cell LiGHTS on So we can see TO SHAVE! (yes) THATS How PETTY iTS GETTING. See The officers conTroL The cell LiGHTS In The main conTroL uniT. So when we ASK Them TOO PLEASE Turn on cell LiGHTS So we can see TO SHAVE MOST Times we Are Told NO, And IT HAS Been discovered This WAS ordered BY CAPTIAN SAGERS who over sees The P.C. UNIT. Also we don't GET our mAiL Like others Do MOST Housing UNITS GET There mAiL AT 4:00 pm. DAily (BuT) The P.C. UNIT GETS our NAiL LATE Like 8:00 pm, And I Already Got'en mAiL AS LATE AS 10:30 pm, AT NighT. This is <u>Deliberately Done</u> AS TO STAY wiTHIn CAPTIAN SAGers GuiDeLines To keep US UN COMFORTABLE So we'll SIGN-OFF. This is NOT only ACCUSATION'S BuT The TRUTH, on WHAT IS TAKing PLACe Here AT The DELAWARE corr. CenTeR. (This Also MusT end) And reAson ENough TO GeT This HONORABle CourT INvolved, Because The InmATe-GRiEvANCe SYSTem Here AT The prison does NOT work NOR IS There ANy Kind OF Help TO Be Found By Filing InmATe-Grievances. The PlAinTiFF HAS filed <u>MANY Grievances</u> (BuT) SAme ResulTS IF There NOT ouT right rejecTed, They say your TOO LATE,

<u>PAGE 8 #</u>

OR deny your complant and claim its a security issue. THERE are many pending issues that are left unresolved, because they bend or make up rules to fit there purpose and therefore can ~~reject~~ your complant without fixing the problem. There are many unresolved problems and the P.I.C. unit is suffering at the hands of the defendants. Because everything is planed and set in place and done to us all deliberately to keep us uncomfurtable at all times inorder to force us to sign-off of P.I.C. unit. (BUT) many can't do that, (BUT) are still being punished for remaining on P.I.C. unit. THE plaintiff is not a trouble maker nor does he plan too cause any trouble for any one, The plaintiff only ask that we can have our privilege's back and the plaintiff will drope this complant as soon as changes are made. The plaintiff is not here to get any one into any kind of trouble but was mentality pushed, into filing this complant do to all the unfairness and bad treatment he has suffered the past year and $\frac{1}{2}$ (enough is enough.) Also the plaintiff has his own fears that coming to this Honorable court for help my jeopardize his own safety and or face some form of punishment. Should anything happen to the plaintiff before or after the courts decision on how to treat this matter. Please let the records reflect my concerns. Because I wouldn't put anything passed any of these named defendants to punish me and make something-up,

PAGE 9#     TOO DO SO....

## CONCLUSION

THE PLAINTIFF ASK THAT THIS HONORABLE COURT WILL GRANT THIS PETITION AND GRANT RELIEF AS MAY BE JUST. THE PLAINTIFF ALSO ASK THAT THIS HONORABLE COURT SEE TOO IT THAT THE PLAINTIFF AND OTHER P.C. INMATES ARE ENTITLED TO THE SAME PRIVILEGES AS A-TIER UNIT AS IT ONCE WAS FOR B-TIER P.C. INMATES SO SHALL WE ALL BE TREATED AS EQUALS AND TO NOT ALLOW THE DELAWARE CORR. CENTER TO CONTINUE TO MISTREAT P.C. INMATES ANY LONGER, AND TO DEPRIVE US OUR RIGHT TO BE TREATED HUMANLY AS PEOPLE NOT THAT OF LESS THEN. (THANK YOU FOR YOUR TIME)

RESPECTFULY SUBMITTED

I/M George J. Dombrosky
SBI 209557  SHU-18-B-U-10-P.C.
DELAWARE CORR. CENTER  1181 PADDOCK
RD. SMYRNA, DE. 19977

DATED: 3/8/05
George J. Dombrosky

CLERK OF COURTS,
CC: PLAINTIFF,
   WARDEN, THOMAS CARROLL.
   CAPTIAN, CLYDE SAGERS.
   I.G.C., L.M. MERSON.

PAGE 10 #

## Certificate of Service

I, George John Dombrosky, hereby certify that I have served a true and correct cop(ies) of the attached: Prisoner Complaint Civil Rights Act. 42 U.S.C. § 1983 And Complaint upon the following parties/person(s):

TO: (WARDENS OFFICE)
MR. THOMAS CARROLL ET. All,
DELAWARE CORR. CENTER
SMYRNA DE. 19977
(In House Mail)

TO: (CAPTIANS OFFICE)
MR. CLYDE SAGERS
SHU-18-UNIT DELAWARE
CORR. CENTER
SMYRNA, DE. 19977
(In House Mail)

TO: (I.G.C. CHAIRPERSON)
LISE M. MERSON
INMATE - GRIEVANCE OFFICE
DELAWARE CORR. CENTER
SMYRNA, DE. 19977
(In House Mail)

TO: CLERK OF COURTS
U.S. DISTRICT COURT
J. Caleb Boggs Federal Building
Lock Box 18, 844 N. King St.
Wilmington, DELAWARE
19801
(Reg. Mail)

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 8Th day of MARCH, 2005

George J. Dombrosky