UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| George J. Dombrosky<br>    Plaintiff,<br>vs.<br>The Delaware Corr. Center<br>Carroll, Thomas et. al)<br>Clyde, Sagers    Captian<br>Merson, Lise    I.E.C.<br>    Defendants | Judge: Honorable Judge,<br>Jordan A. Kenit<br>Civil Rights Act 42 U.S.C. §<br>1983 Form Filed on 3/8-05<br>Lost Privileges prisoner complant<br>Filed. Against Delaware Corr.<br>Center. |

FILED
APR 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Now comes the plaintiff with the case at hand to ask this Honorable court to allow the plaintiff to continue this complant without paying the $250.00 Dollar Filing Fee. The plaintiff can not afford this kind of money and lives on a fixed income, also the prison is at fault and causing unfiar treatment upon P.C. inmates and therefore this filing fee should be waived and allow the plaintiff to continue in this case. Also the courts seem more concerned about a filing fee then how inmates are being housed at the Delaware Corr. Center. If this was Abugray (Iraq prison) prison over in Bagdad in Iraq prison system this kind of treatment would not be tolerated and everyone would be up-in arms to changed any discomfoort of those prisoners! Not worrie about a filing fee that some one can't afford to pay out. The plaintiff can't afford to pay this fee and not at 20% percent or 10% percent the little income

Page 1 #

That the plaintiff gets is to live on in prison such as health care needs + shampoo toothpaste and other needs to deal with day to day life. I also want to point out once again its not the inmates fault that this prison is mistreating inmates and or using abuse and crule and unusual punishment to keep there P.C. unit open. This alone the courts should automatically do an investigation on these issues. (But) enstead are more concerned about a filing fee this alone tells the plaintiff that this court can care-less about ME! And others. I ask this court to allow the plaintiff to go forward with this complant that was filed with this court on 3/5/05 loss of many privilege's and waive the filing fee. The plaintiff is not seeking money, only what we once had as for privilege's taken away from us, (Also) Forgive me if I seem out of line, or out of order but its very hard to understand why no one cares how we are being treated. If the court does not waive the filing fee then the complant will go unheard and the living conditions here at the prison will remain the same. THANK YOU

DATE 4/21/05
I/M George J. Dombrosky
SBI 209557 SHU-18-B-U-10-P.C.
Delaware Corr. Center
1151 Paddock Road
Smyrna, Delaware 19977
(PLAINTIFF)

CC: Clerk of Courts,

Plaintiff,

George J. Dombrosky

PAGE 2 #

IM GeorGe J. Dombrosky
SBI# 209551 ⸺ UNIT-SHU-18-B-U-40-P.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"LEGAL MAIL"

CLERK,
U.S. DISTRICT COURT
J. CAleb Boggs Federal Building
Lock Box 18, 844 N. King Street
Wilmington, Delaware
19801

"LEGAL MAIL"

SMYRNA DE
APR 22 '05
PB METER
0728578
U.S. POSTAGE
0.37

19801+3519 12