IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE JOHN DOMBROSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-143-KAJ |
| | ) |
| THOMAS CARROLL, CLYDE SAGERS, | ) |
| and LISE M. MERSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, George John Dombrosky, SBI # 209557 is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on March 10, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his trust account statement;

WHEREAS, on April 11, 2005, this court granted the plaintiff leave to proceed in forma pauperis, assessed an initial partial filing fee of $4.83 and ordered him to file an authorization form within thirty (30) days from the date the order was sent, or the case would be dismissed (D.I. 3);

WHEREAS, on April 26, 2005, the court received the plaintiff's letter motion for reconsideration asking the court to waive the filing fee because he cannot afford to pay it (D.I. 4);

WHEREAS, the court has already determined that the plaintiff has sufficient funds in his prison trust account to pay the initial partial filing fee;

WHEREAS, the Prisoner Litigation Reform Act of 1995, requires inmates filing civil rights complaints, and requesting pauper status to pay the filing fee in installments, <u>see</u> 28 U.S.C. § 1915(b)(1);

THEREFORE, at Wilmington this 13th day of June, 2005, IT IS ORDERED that the plaintiff's request is DENIED. The plaintiff shall file the attached authorization form within thirty (30) days from the date this order is sent. If the plaintiff fails to file the authorization form in the time provided, the court shall dismiss the action without prejudice.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE JOHN DOMBROSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-143-KAJ |
| | ) |
| THOMAS CARROLL, CLYDE SAGERS, | ) |
| and LISE M. MERSON, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, George John Dombrosky, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 11, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
George John Dombrosky