IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 29 PM 3:38

| | |
|---|---|
| GEORGE JOHN DOMBROSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-143-KAJ |
| ) | |
| THOMAS CARROLL, CLYDE SAGERS, ) | |
| and LISE M. MERSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 11, 2005, this Court entered an order granting leave to proceed in forma pauperis, assessing $4.83 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, on June 13, 2005, this Court entered an order denying the plaintiff's request for reconsideration and requiring the plaintiff to complete and return an authorization form (D.I. 5);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 29th day of ____July____, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge